IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TOFOREST JOHNSON, Petitioner, | ) ) ) ) ) |
| v. | ) ) |
| JEFFERSON S. DUNN, Commissioner, Alabama Department of Corrections; | ) ) ) ) |
| CYNTHIA STEWART, Warden, Holman Correctional Facility | ) ) ) ) |
| Respondents. | ) ) |

Case No. 2:16-CV-01945-RDP

CAPITAL CASE

**COUNSEL'S CERTIFICATION PURSUANT TO COURT'S
DECEMBER 9, 2016 ORDER**

In accordance with the Court's Order of December 9, 2016 ("Order"), I certify the following:

I have met in person with petitioner Toforest Johnson to discuss the Order with him. I have attempted to explain to him each of the legal concepts detailed in Paragraph A of the Order.

1

Respectfully submitted,

/s/ Patrick Mulvaney
Patrick Mulvaney, #ASB-5851-R80M
83 Poplar Street, NW
Atlanta, GA 30303
Tel:   (404) 688-1202
Fax:   (404) 688-9440
pmulvaney@schr.org

*Counsel for Toforest Johnson*

# CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2017, a copy of the attached document was served to the following through the CM/ECF system:

Jon Hayden
Assistant Attorney General
Office of the Attorney General
501 Washington Ave.
Montgomery, AL 36104

/s/ Patrick Mulvaney
Patrick Mulvaney