FILED
2017 Jan-05 PM 03:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TOFOREST JOHNSON,<br>Petitioner,<br><br>v.<br><br>JEFFERSON S. DUNN,<br>Commissioner, Alabama<br>Department of Corrections;<br><br>CYNTHIA STEWART,<br>Warden, Holman Correctional<br>Facility<br><br>Respondents. | Case No. 2:16-CV-01945-RDP<br><br>CAPITAL CASE |

**PETITIONER'S MEMORANDUM PURSUANT TO COURT'S
DECEMBER 9, 2016 ORDER**

This document was prepared by my lawyer Patrick Mulvaney. He has explained to me that the Court has required that I say the following:

1. Mr. Mulvaney talked to me in person on December 20, 2016. During our meeting, he gave me the Order from the Court that was dated December 9, 2016, which we discussed.

1

2. Mr. Mulvaney explained to me that he and his colleague Ty Alper must put in my petition everything that was unconstitutional about my trial. I do not want them to leave anything out.

3. I hope that Mr. Mulvaney and Mr. Alper will do everything they can to show the Court why a new and fair trial should be ordered in my case. I am not a lawyer and there is a lot I do not understand about the law. I am relying on my attorneys to do the legal work in the case for me. Based on what Mr. Mulvaney has told me about my case and what and he Mr. Alper will do to try to help me, I am satisfied with Mr. Mulvaney and Mr. Alper. I want them to be my lawyers.

4. I will tell the Court if I am ever not satisfied with Mr. Mulvaney and Mr. Alper.

Dated: Dec. 20, 2016

_____
TOFOREST JOHNSON

# CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2017, a copy of the attached document was served to the following through the CM/ECF system:

Jon Hayden
Assistant Attorney General
Office of the Attorney General
501 Washington Ave.
Montgomery, AL 36104

/s/ Patrick Mulvaney
Patrick Mulvaney