## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **TOFOREST JOHNSON,** | } |
| Petitioner, | } |
| v. | } Case No.: 2:16-cv-01945-RDP |
| **JEFFERSON S. DUNN,** Commissioner, Alabama Department of Corrections; **CYNTHIA STEWART,** Warden, Holman Correctional Facility, | } |
| Respondents. | } |

### ORDER

This matter is before the court on the parties' Joint Status Report and Proposed Order. (Doc. #25). With the consent of all parties, the Clerk of Court **SHALL ADMINISTRATIVELY CLOSE** this case pending resolution of Petitioner's state post-conviction proceedings. Counsel for Petitioner is **DIRECTED** to notify the court within **thirty (30) days** after the state post-conviction proceedings, including the resolution of any petition for certiorari to the United States Supreme Court, have concluded. At that time, Petitioner may file a motion to re-open this case, if appropriate.

Nothing in this order operates as a bar to reinstatement of Petitioner's claim, nor will it prejudice any claim or defense that was available to either party prior to this administrative closure. In fact, if reopened, the court and the parties will operate as if the case had been stayed during the period of time it was closed. A second filing fee will not be required.

**DONE** and **ORDERED** this April 28, 2020.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE