# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TOFOREST JOHNSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 2:16-cv-01945-RDP |
| ) | |
| JOHN Q. HAMM, ) | |
| Commissioner, Alabama Department ) | |
| of Corrections, ) | |
| ) | |
| Respondent. ) | |

## **NOTICE OF APPEARANCE**

COMES NOW the undersigned, Lauren A. Simpson, and enters her notice of appearance as counsel for the Respondent in the above-styled cause.

Respectfully submitted,

Steve Marshall
*Attorney General*


***s/ Lauren A. Simpson***
Lauren A. Simpson
*Assistant Attorney General*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of January, 2025, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:  **Ty Alper and Patrick Mulvaney.**

                                              *s/ Lauren A. Simpson*
                                              Lauren A. Simpson
                                              *Assistant Attorney General*

ADDRESS OF COUNSEL:

Office of the Attorney General
Capital Litigation Division
501 Washington Ave
Montgomery, AL  36130
(334) 353-1209 Office
(334) 353-8400 Fax
Lauren.Simpson @AlabamaAG.gov