# UNITED STATES DISTRICT COURT

Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Greer M. Lynch
Clerk

Sheri Jones
Chief Deputy

| | | |
|---|---|---|
| Toforest Johnson | } | |
| Plaintiff(s) | } | |
| v. | } | Case Number:   2:16-cv-1945-RDP |
| | } | |
| Terry Raybon, et al | } | |
| Defendant(s) | } | |

## NOTICE OF REASSIGNMENT

This civil action has been reassigned to the Honorable Corey L. Maze . Please use case number 2:16-cv-1945-CLM on all subsequent pleadings.

DATED: 6/30/2026

GREER M. LYNCH, CLERK

By: __K. Miller_____
    Deputy Clerk

GML: kam

xc:    Judges
       Counsel