# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| TOFOREST JOHNSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:16-cv-01945-RDP |
| | ) | |
| TERRY RAYBON, | ) | |
| Commissioner, Warden of Holman | ) | |
| Correctional Facility, | ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF WITHDRAWAL

COMES NOW the undersigned, Lauren A. Simpson, hereby gives notice that Richard D. Anderson, former counsel for Respondent, is no longer employed with the Alabama Attorney General's Office. Undersigned requests that he be removed as counsel. Undersigned counsel should henceforth be primary counsel of record for the Respondent.

Respectfully Submitted,

Steve Marshall
*Attorney General*

/s/ Lauren A. Simpson
Lauren A. Simpson
*Deputy Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will notify the following counsel of record: **Patrick Mulvaney and Ty Alper**.

/s/ Lauren A. Simpson
Lauren A. Simpson
*Deputy Attorney General*

State of Alabama
Office of the Attorney General
501 Washington Avenue
Montgomery, Alabama 36104
(334) 242-7300
Lauren.Simpson@AlabamaAG.gov

2