FILED

2026 Jul-16  PM 01:17
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**TOFOREST JOHNSON,**
*Petitioner*,

**v.**                                          **Case No. 2:16-cv-1945-CLM**

**TERRY RAYBON,**
Warden, William C. Holman
Correctional Facility,
*Respondent*.

## ORDER

Petitioner Toforest Johnson was convicted of capital murder in 1998 and concluded his state court postconviction proceedings in 2023. Johnson's state court proceedings overlap with the time I served in the Alabama Attorney General's Office. I do not recall working on any matters related to Mr. Johnson but **ORDER** the parties to review Mr. Johnson's state court records to make sure that none of those records list me as an attorney for the State of Alabama.

Each party must file a response to this order on or before **July 30, 2026**.

**DONE** and **ORDERED** on July 16, 2026.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE