FILED
2026 Aug-25 AM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **TOFOREST JOHNSON,**<br><br>**Petitioner**,<br><br>**v.**<br><br>**TERRY RAYBON, Warden, William C. Holman Correctional Facility,**<br><br>**Respondent**. | **Case No. 2:16-cv-1945-HDM** |

## ORDER

This matter was reassigned to this court yesterday. The court is now evaluating whether it has a conflict under 28 U.S.C. § 455(b)(2). The undersigned was previously an associate at Bradley Arant Boult Cummings LLP ("Bradley") from August 2012 until December 2016, then a partner from January 2017 until October 21, 2025. At no time did the undersigned ever perform any work on behalf of any person convicted of murder or any capital offense. It does not appear from the docket sheet that any attorney from Bradley appeared in this matter, but attorneys at Bradley may have filed pleadings on Petitioner Johnson's behalf in certain state court proceedings.

As a result, the court requires additional information from the parties regarding Bradley's participation in Petitioner Johnson's state court proceedings. The parties are **ORDERED** to respond to this Order **on or before September 1, 2026**. The responses **SHALL** include, but not be limited to, the applicable dates when any Bradley attorney appeared in Petitioner Johnson's state court proceedings, the precise issues raised by Bradley on Petitioner Johnson's behalf, whether those issues appear in this federal petition, and whether any continuing financial or client relationship exists between Bradley and Petitioner Johnson.

**DONE** and **ORDERED** on August 25, 2026.

**HAROLD D. MOOTY III**
UNITED STATES DISTRICT JUDGE