FILED
2026 Sep-03 PM 12:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Greer M. Lynch
Clerk

Sheri Jones
Chief Deputy

| | | |
|---|---|---|
| Toforest Johnson<br>Petitioner<br>v.<br><br>Terry Raybon<br>Respondent | }<br>}<br>}<br>}<br>}<br>} | Case Number: 2:16-cv-1945-HDM |

**NOTICE OF REASSIGNMENT**

This civil action has been reassigned to the Honorable Anna M. Manasco . Please use case number 2:16-cv-1945-AMM on all subsequent pleadings.

DATED: 9/3/2026

GREER M. LYNCH, CLERK

By: __K. Miller______
Deputy Clerk

GML: kam

xc: Judges
Counsel