FILED
2026 Sep-09 AM 11:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **TOFOREST JOHNSON,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:16-cv-01945-AMM** |
| | ) | |
| **TERRY RAYBON,** ***Warden, William C. Holman Correctional Facility*****,** | ) | ***Capital Case*** |
| | ) | |
| **Respondent.** | ) | |

**ORDER**

The undersigned hereby recuses herself from further participation in this case. 28 U.S.C. §§ 455(a), (b)(2). Accordingly, the court **DIRECTS** the Clerk of Court to reassign this case to another judge in accordance with the Clerk's normal procedure.

**DONE** and **ORDERED** this 9th day of September, 2026.

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE