FILED
2026 Sep-10 AM 08:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Greer M. Lynch
Clerk

Sheri Jones
Chief Deputy

| | | |
|---|---|---|
| Toforest Johnson<br>Plaintiff<br>v.<br><br>Terry Rabon et al.,<br>Defendants | }<br>}<br>}<br>}<br>}<br>} | Case Number: 2:16 CV 1945 AMM |

**NOTICE OF REASSIGNMENT**

The above-styled civil action has been reassigned to the Honorable Liles C. Burke. Please use case number 2:16 CV 1945 LCB on all subsequent pleadings.

DATED: September 10, 2026

GREER M. LYNCH, CLERK

By:______A. Day_____________________
Deputy Clerk

GML: AKD

xc: Judges
Counsel