FILED
2026 Sep-10 PM 12:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Greer M. Lynch
Clerk

| | | |
|---|---|---|
| Toforest Johnson, | } | |
| | } | |
| Plaintiff, | } | |
| v. | } | Case Number: 2:16-cv-1945-LCB |
| | } | |
| Jefferson S. Dunn, et al., | } | |
| | } | |
| Defendants. | } | |

## NOTICE OF REASSIGNMENT

The above-styled civil action has been reassigned to the Honorable Madeline Hughes Haikala. Please use case number 2:16-cv-1945-MHH on all subsequent pleadings.

DATED: September 10, 2026

GREER M. LYNCH CLERK

By: Angela Ingleright
Deputy Clerk

GML:ai

xc: Judges
Counsel